**FILED**
OCT 02 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel SANCHEZ-Ojeda<br><br>Defendant. | Magistrate Case No.:<br><br>**'07 MJ 8825**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about October 1, 2007, within the Southern District of California, defendant Daniel SANCHEZ-Ojeda did knowingly and intentionally import approximately 21.48 kilograms (47.26 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Chad Worgen, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 2nd DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Daniel SANCHEZ-Ojeda

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On October 1, 2007, at approximately 1508 hours, Daniel SANCHEZ-Ojeda entered the United States from Mexico at the Calexico, California West Port of Entry. SANCHEZ was the driver of a 2001 Ford Escort ZX2. Accompanying SANCHEZ in the vehicle was his wife Olga GUERRERO-Fraga and his two minor children.

Customs and Border Protection Officer (CBPO) Mercado, I. received a negative oral Custom declaration from SANCHEZ. Mercado observed that SANCHEZ' hands were shaking. Mercado tapped both the driver and passenger side quarter panels, and they felt solid when tapped. Mercado referred the vehicle into the secondary lot for a more intensive inspection.

In vehicle secondary, CBPO Ramos, X. received a negative oral Customs declaration from SANCHEZ. While questioning SANCHEZ, Canine Enforcement Officer (CEO) Randolph, C. was conducting lot sweeps with his canine. Randolph informed Ramos that his canine alerted to the vehicle.

Upon further inspection of the vehicle, Ramos discovered 21 packages within both the driver and passenger side quarter panels. Ramos probed a package that produced a green leafy substance that tested positive for marijuana. The total weight of the packages was 21.48 kilograms (47.26 pounds) of marijuana.

SANCHEZ was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. Special Agent (SA) Worgen read SANCHEZ his constitutional rights per Miranda. SANCHEZ waived his rights, agreeing to make a statement.

SANCHEZ admitted knowledge of the marijuana within the vehicle. SANCHEZ stated that he was to be paid $1000.00 for completing the smuggling operation. SANCHEZ exonerated his wife. SA Worgen interviewed GUERRERO and she denied knowledge of the marijuana. SANCHEZ was processing and booked into the Imperial County Jail. GUERRERO and the two minor children were released without further incident.