*FILED*
*OCT 3 0 2007*
*CLERK, U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*
*BY EF DEPUTY*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2964-JLS |
|---|---|
| Plaintiff, | ) INFORMATION |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| DANIEL SANCHEZ-OJEDA, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about October 1, 2007, within the Southern District of California, defendant DANIEL SANCHEZ-OJEDA, did knowingly and intentionally import approximately 21.48 kilograms (approximately 47.26 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: October 30, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
10/30/07